UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GILMORE,

                Petitioner,

v.

HAYNES,

                Respondent.

No. 3:20-CV-06022-RAJ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the report and recommendation.

(2)     Petitioner's federal habeas petition is dismissed with prejudice.

(3)     A certificate of appealability is denied in this case.

(4)     The Clerk is directed to send copies of this order to petitioner, counsel for respondent, and to the Hon. J. Richard Creatura.

**DATED** this 20th day of May, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1